[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-16130
Non-Argument Calendar
_____

D.C. Docket No. 1:08-cr-21031-PCH-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

COREY LEMAR WRIGHT,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(January 14, 2014)

Before WILSON, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Corey Wright, a federal prisoner, appeals <u>pro se</u> the denial of his motion to set aside his plea of guilty to possessing with intent to distribute a controlled substance.  <u>See</u> 21 U.S.C. § 841(a)(1).  Wright filed his motion more than two years after his time to appeal expired.  We affirm.

The district court lacked jurisdiction to set aside Wright's plea of guilty. Wright argued that the record did not contain a sufficient factual basis to support his plea of guilty, but the district court could not disturb Wright's conviction. "After the court imposes sentence, . . . the plea may be set aside only on direct appeal or collateral attack."  Fed. R. Crim. P. 11(e).

We **AFFIRM** the denial of Wright's untimely motion to set aside his plea of guilty.